```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2019
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MOISES CRUZ, et al.,

                Plaintiffs,                      17 **CIVIL** 4936 (JLC)

      -against-                                 **JUDGMENT**

SPACE NY 50th ST LLC, et al.,
                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Facts and Conclusions of Law dated May 24, 2019, Judgment is entered for Plaintiff Victor Tapia in the amount of $637.91.

**Dated:**  New York, New York
          May 24, 2019

                                                  RUBY J. KRAJICK
                                                _____
                                                   Clerk of Court
                            BY:
                                                     _____
                                                      Deputy Clerk

                                               THIS DOCUMENT WAS ENTERED
                                               ON THE DOCKET ON 5/24/2019